HELLMUTH GUTMANN, Doing Business under the Trade Name and Style of GUTMANN & GUTMANN, Appellant, v. JACQUES BENDIEN, Doing Business under the Trade Name and Style of MORRIS & BENDIEN, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BEN GERSHEL and Another, Composing the Firm of BEN GERSHEL & Co., and Another, Respondents, v. HICKSON, INC., and Another, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

PETER DOELGER, Respondent, v. THE BATTERY PARK NATIONAL BANK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

R. HENRY GREAVES, Respondent, v. AMERICAN INSTITUTE FOR SCIENTIFIC RESEARCH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ELEUTHERA D. McCALMONT, as Executrix, etc., Respondent, Appellant, v. WILLIAM FARSON and Others, Respondents, Appellants.— Order modified by striking out provision for payment of counsel fee, and, as so modified, affirmed, with ten dollars costs and disbursements to respondent. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ALEXANDER R. SMITH, Respondent, v. HARWOOD PALMER and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

EDMUND VON MACH, Respondent, v. THE MacMILLAN COMPANY and Others, Appellants, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOHN D. WILLIAMS, Respondent, v. HENRY B. WARNER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LEVITAN BROS. & ZARKOWER, INC., Respondent, v. HAROLD FELDMAN and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.